UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

NANCY RAPSON

    Plaintiff,

v

DEMMER CORPORATION,
a Michigan corporation and
HEATHER SHAWA and
WILLIAM DEMMER,

    Defendants.

Case No.: 1:08-cv-1041

Hon. Gordon J. Quist

Joni M. Fixel (P56712)
Fixel Law Offices, PLLC
4990 Northwind Drive, Ste. 121
East Lansing, MI 48823
(517) 332-3390
jfixel@fixellawoffices.com

Scott L. Mandel (P33453)
Foster, Swift, Collins & Smith, P.C.
313 S. Washington Square
Lansing, MI 48933
(517) 371-8185
smandel@fosterswift.com

## STIPULATION AND ORDER OF DISMISSAL

The parties herein through their respective counsel hereby stipulate and agree that the above-captioned matter may be dismissed with prejudice and without costs to any party herein.

Dated: September 1, 2009    BY:   s/ Joni M. Fixel
Joni M. Fixel
Fixel Law Offices, PLLC
Attorneys for Plaintiff
4990 Northwind Drive, Ste. 121
East Lansing, MI 48823
(517) 332-3390
jfixel@fixellawoffices.com

Dated: September 1, 2009            BY:    _s/ Scott L. Mandel_____
                                           Scott L. Mandel (P33453)
                                           Foster, Swift, Collins & Smith, P.C.
                                           Attorneys for Defendants
                                           313 South Washington Square
                                           Lansing, Michigan 48933
                                           (517) 371-8185
                                           smandel@fosterswift.com


## ORDER OF DISMISSAL


PRESENT:    THE HONORABLE GORDON J. QUIST
            U.S. District Judge

This Court having read and reviewed the Stipulation of the parties and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this matter shall be and hereby is dismissed with prejudice and without costs to any party herein.

This resolves the last pending claim and closes this file.


Dated:    September 3, 2009            /s/ Gordon J. Quist
                                       _____
                                       Gordon J. Quist
                                       U.S. District Judge


2